

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2015

No. 04-14-00669-CR

Leobardo **ARAMBULA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CR-13-288
Honorable Romero Molina, Judge Presiding

## O R D E R

The reporter's record in this appeal was originally due on October 1, 2014. On October 28, 2014, the deputy clerk of this court notified Gay Richey that her portion of the reporter's record was late and that she must either file a notification of late record by November 7, 2014 or her portion of the reporter's record must be filed no later than December 1, 2014. TEX. R. APP. P. 37.3(a)(2). We received no response to our letter, and the portion of the reporter's record due from Gay Richey has not been filed.

It is therefore ORDERED that Gay Richey must file her portion of the reporter's record in this court **within ten (10) days** from the date of this order. If the record is not received by such date, a show cause order shall issue directing Gay Richey to appear on a day certain and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Gay Richey by certified mail, return receipt requested, with delivery restricted to the addressee only, or give other personal notice of this order with proof of delivery.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2015.



Keith E. Hottle
Clerk of Court